Innis, Speiden & Company, Appellant, v. Thomas A. Nevins, Respondent.— Judgment and order affirmed, with costs. No opinion. (Houghton, J., dissenting on the ground that the complaint should not have been dismissed.)

Margareta Klein, Appellant, v. Louis Vogel, Respondent.— Judgment and order affirmed, with costs. No opinion.

John McClure, as Executor, etc., of Michael Ryan, Deceased, Appellant, v. Union Railway Company of New York City, Respondent.— Judgment and order affirmed, with costs. No opinion.

May Eitingon, Appellant, v. Theresa Goldsmith, Respondent.— Judgment and order affirmed, with costs. No opinion. (Scott, J., dissenting.)

The People of the State of New York, Respondent, v. Charles Harris, Appellant.— Judgment affirmed. No opinion.

Elliot Cobb, Respondent, v. United Engineering and Contracting Company, Appellant.— Judgment and orders affirmed, with costs. No opinion.

G. Edwin Jones, Appellant, v. Harriet G. Sabin, Respondent.— Judgment and order affirmed, with costs. No opinion.

Joseph Devlin, Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Houghton and Scott, JJ., dissenting.)

Harry Fischel, Respondent, v. Louis Lese, Appellant, Impleaded with Moses I. Siegel and Eiga Z. Heilperin.— Judgment affirmed, with costs. No opinion.

Peyton R. McCargo, Respondent, v. Andrew Jergens and Charles H. Geilfus, Appellants.— Judgment and order reversed, new trial ordered, costs to appellants to abide event, unless plaintiff stipulates to deduct from judgment $2,000 with interest from January 1, 1908, in which event judgment as so reduced, and order affirmed, without costs. No opinion. Settle order on notice.

Michael Casey, Respondent, v. Thomas A. Clarke and Harold C. Stowe, Appellants.— Judgment and order affirmed, with costs. No opinion.

Owen Hynes, Respondent, v. Frederick W. Whitridge, as Receiver of the Third Avenue Railroad Company and of the Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Houghton, J., dissenting.)

Richard J. Mannion, as Administrator, etc., of Florence Mannion, Deceased, Appellant, v. Caroline E. Steffens, Respondent, Impleaded with Herman Lehman.— Determination affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of The McCall Company, Respondent, for an Order Requiring Washington Smith, an Attorney, Appellant, to Pay over Moneys Received by Him as Attorney for Said Company and Belonging to Said Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Judicial Settlement of the Account of Henry R. Ickelheimer, as Executor of the Last Will and Testament of Charles Rubens (Also Known as Samuel Woog), Deceased, Respondent. Theodore Dreyfus and Others, Appel-